1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CUEVAS, an individual | Case No: CV 22-1520 DMG (MAAx) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL OF ACTION [25]** |
| FORD MOTOR COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive; | |
| Defendant. | |

The Joint Stipulation for Dismissal is APPROVED. The above-captioned action, including all claims stated against all parties, is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED: January 20, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1